UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP E. DeBLASIO,<br><br>                              Plaintiff,<br><br>- v. -<br><br>DOCTOR WILLIAMS, CORRECTIONAL OFFICER SIMON, CORRECTIONAL OFFICER JOHN DOE #1, and CORRECTIONAL OFFICER JOHN DOE #2,<br><br>                              Defendants. | 19 Civ. 201 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, United States District Judge:

On October 1, 2019, the Court ordered Corporation Counsel for the City of New York to ascertain the identity, badge number, and service addresses of the two "John Doe" defendants named in Plaintiff's Complaint. (Dkt. #7). On November 27, 2019, Corporation Counsel informed the Court that, based on incidents outlined in Plaintiff's Complaint and its own investigation into the alleged incident, it has been unable to ascertain the identities of the John Does. (Dkt. #13).

Accordingly, Plaintiff is hereby ORDERED to provide the Court with further physical identifying and/or descriptive information for the two John Doe officers to help Corporation Counsel identify the two officers involved the alleged incident. Such information includes, but is not limited to, gender, approximate height, weight, age, race, hair color, and eye color. Plaintiff is ORDERED to provide such information on or before **December 31, 2019**.

SO ORDERED.

Dated: November 27, 2019
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Philip E. DeBlasio
NYSID: 04489407Y
DIN No: 19-A-0070
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582-0010
```