UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP E. DeBLASIO,<br><br>       Plaintiff,<br><br>    -v.-<br><br>DOCTOR WILLIAMS, CORRECTIONAL OFFICER SIMON, CORRECTIONAL OFFICER JOHN DOE #1, and CORRECTIONAL OFFICER JOHN DOE #2,<br><br>       Defendants. | 19 Civ. 201 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 17, 2020, the Court ordered the City of New York to provide the Court with the list of the names and badges of officers involved in the incident alleged in Plaintiff's complaint. (Dkt. #16). On February 21, 2020, the New York City Law Department filed a letter with the Court, and served the letter on Plaintiff, identifying four correction officers, including Officer Simon. (Dkt. #17).

Accordingly, Plaintiff is hereby ORDERED to inform the Court, on or before **March 16, 2020**, which, if any of these officers, Plaintiff would like to name as defendants in this case.

  SO ORDERED.

Dated: February 24, 2020
    New York, New York

                      KATHERINE POLK FAILLA
                      United States District Judge

*A copy of this Order was mailed by Chambers to:*
Philip E. DeBlasio
NYSID: 04489407Y
DIN No: 19-A-0070
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582-0010